**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-80525-CV-MIDDLEBROOKS

KENAKIL GIBSON,

    Petitioner,

v.

MARK J. INCH, SEC'Y, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Jacqueline Becerra's Report and Recommendation ("Report"), issued on November 13, 2021. (DE 28). The Report recommends denying Movant Kenakil Gibson's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254. Movant filed objections on December 27, 2021. (DE 32).

I have conducted a *de novo* review of Judge Becerra's Report, the record in this case, and I have considered the applicable law. I have also considered Movant's objections, and I find that they lack merit. Accordingly, I agree with Judge Becerra's recommendations and adopt her Report. Further, I find that Movant cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 28) is **ADOPTED**.

(2) Movant's Objections (DE 32) are **OVERRULED.**

(3) Movant's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 (DE 11, DE 13) is **DENIED.**

(4) No certificate of appealability shall issue.

(5) Final Judgment shall be entered by separate Order.

**SIGNED** in West Palm Beach, Florida, this 29th day of December, 2021.

Donald M. Middlebrooks
United States District Judge

cc: Honorable Jacqueline Becerra

Counsel of Record

Kenakil Gibson PRO SE
L81359
Walton Correctional Institution
Inmate Mail/Parcels
691 Institution Road
De Funiak Springs, FL 32433